Michael A. Rollin (State Bar No. 251557)
Matthew D. Spohn (State Bar No. 269636)
REILLY POZNER LLP
515 South Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (213) 236-3576
Facsimile: (213) 236-3570

511 Sixteenth Street Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Fax: (303) 893-6110

mrollin@rplaw.com
mspohn@rplaw.com

Attorneys for Creditor Lehman Brothers Holdings, Inc.

JUN 15 2010

IT IS SO ORDERED.
Signed _6-18-2010_

ROGER L. EFREMSKY
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

FIRST FINANCIAL LENDER,

Debtor.

CASE NO. 10- 55096 RLE

CHAPTER 7

**ORDER AUTHORIZING EXAMINATION OF DEBTOR'S OFFICERS AND SERVICE OF SUBPOENAS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

The Court, having reviewed Lehman Brothers Holdings, Inc.'s ("LBHI") motion for an order pursuant to Federal Rule of Bankruptcy Procedure 2004 authorizing (1) the examination of the Debtor's officers Teri Nguyen and Vinh Nguyen regarding the Debtor and related entities, including First Financial Team, (2) requiring the production of documents from the Debtor and its officers, and (3) authorizing a subpoena to the Debtor's banks for the Debtor's bank records in the above-captioned bankruptcy case; it appearing that notice of the Motion was sufficient under the circumstances; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The motion is granted.

2. The Debtor's principals Teri Nguyen and Vinh Nguyen shall appear for oral examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure on August 4, 2010 in San Jose, California at times and a specific location to be determined by the parties;

3. LBHI is authorized through his counsel to serve subpoenas in accordance with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure for the production of documents by the Debtor and its principals Teri Nguyen and Vinh Nguyen. Those parties shall produce the documents described in Exhibit A to LBHI's motion to the offices of LBHI's attorneys, Reilly Pozner LLP, on such date as may be specified in a subpoena issued in furtherance of this Order;

4. LBHI is authorized through his counsel to serve subpoenas in accordance with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure for the production of documents by the Debtor's banks, Provident Bank of Cincinnati Ohio (now part of National City Corporation) and Bank of America. Those parties shall produce the documents described in Exhibit B to LBHI's motion to the offices of LBHI's attorneys, Reilly Pozner LLP, on such date as may be specified in a subpoena issued in furtherance of this Order. LBHI shall maintain the confidentiality of such documents and shall only utilize them in the litigation of the above-captioned matter.

***END OF ORDER***

## COURT SERVICE LIST

| | |
|---|---|
| Jenny Do, Esq.<br>111 West Saint John St., Ste. 888<br>San Jose, CA 95113<br>Telephone No.: 408-292-5505<br>Attorney for First Financial Lender | Mohamed Poonja<br>Bankruptcy Trustee<br>P.O. Box 1510<br>Los Altos, CA 94023-1510 |
| Matthew D. Spohn<br>Reilly Pozner LLP<br>511 Sixteenth Street Suite 700<br>Denver, Colorado 80202<br>Telephone: (303) 893-6100<br>Fax: (303) 893-6110<br>Email: mspohn@rplaw.com | |

Case: 10-55096    Doc# 12    Filed: 06/18/10    Entered: 06/18/10 14:47:44    Page 3 of 4

# PROOF OF SERVICE

**STATE OF COLORADO,**

**COUNTY OF DENVER**

I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years and not a party to the within action; my business address is 511 Sixteenth Street, Suite 700, Denver, Colorado 80202.

On June 15, 2010, I served the [PROPOSED] **ORDER AUTHORIZING EXAMINATION OF DEBTOR'S OFFICERS TERI AND VINH NGUYEN SERVICE OF SUBPOENAS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, addressed to the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| Jenny Do, Esq.<br>111 West Saint John St., Ste. 888<br>San Jose, CA 95113<br>Telephone No.: 408-292-5505<br>Attorney for First Financial Lender | Mohamed Poonja<br>Bankruptcy Trustee<br>P.O. Box 1510<br>Los Altos, CA 94023-1510 |

☒ **(BY FIRST CLASS MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(BY FACSIMILE)**
On June 15, 2010, I transmitted the foregoing document(s) by facsimile sending number.

☐ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**
Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 15, 2010, at Denver, Colorado.

*/s/ Ann Romanelli*

4
ORDER AUTHORIZING RULE 2004 EXAMINATION AND SUBPOENAS