Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Mohamed Poonja
Trustee in Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re FIRST FINANCIAL LENDER,<br><br>Debtor. | Case No. 10-55096 SLJ<br>Chapter 7<br><br>Date: July 6, 2011<br>Time: 1:30 p.m.<br>Place: 280 South First Street, San Jose<br>Court: Hon. Stephen L. Johnson |

## REQUEST FOR HEARING ON DEBTOR'S EX PARTE MOTION FOR ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 11

Mohamed Poonja, Trustee in Bankruptcy of the estate of the above Debtor, hereby requests a hearing on the motion filed by the Debtor as Docket No. 29 on June 6, 2011, for an order converting the above Chapter 7 case to a Chapter 11 case.

The Debtor contends that the motion is filed in good faith. The Trustee strongly disagrees. The Debtor failed to disclose a very large disbursement to its controlling shareholder within two years of the petition date in its statement of financial affairs. In the motion, the Debtor, represented by the same attorney who filed the Chapter 7 petition, fails to state that the Trustee has filed a complaint to recover the distribution as a fraudulent conveyance. Counsel certainly knows that the complaint was filed on May 27, 2011, because she receives electronic notice of all filings in the case.

1 | The Trustee contends that the Debtor's motion is filed at the behest of the Debtor's
2 | principals for the sole purpose of avoiding any liability for receipt of a fraudulent transfer.
3 | At the very least, a hearing is necessary. The Trustee has filed and served a notice of
4 | hearing for July 6, 2011, so that this matter does not linger.

DATED: June 7, 2011          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Charles P. Maher
Charles P. Maher
Counsel for Mohamed Poonja, Trustee

301258686.1