
**ORIGINAL**

Michael A. Rollin (State Bar No. 251557)
Matthew D. Spohn (State Bar No. 269636)
REILLY POZNER LLP
515 South Flower Street, 36th Floor
Los Angeles, California 90071
Telephone: (213) 236-3576
Facsimile: (213) 236-3570

511 Sixteenth Street Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Fax: (303) 893-6110

mrollin@rplaw.com
mspohn@rplaw.com

Attorneys for Creditor
LEHMAN BROTHERS HOLDINGS, INC.

**FILED**
JUN 0 8 2011
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

FIRST FINANCIAL LENDER,

Debtor.

CASE NO. 10- 55096 SLJ

CHAPTER 7

Date: July 6, 2011
Time: 1:30 p.m.
Place: 280 South First Street, San Jose
Court: Honorable Stephen L. Johnson

**CREDITOR LEHMAN BROTHERS HOLDINGS, INC.'S REQUEST FOR HEARING ON DEBTOR'S EX PARTE MOTION FOR ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 11**

Creditor Lehman Brothers Holdings, Inc. ("LBHI") respectfully requests a hearing on Debtor's ex parte motion for an order converting this case from Chapter 7 to Chapter 11. LBHI is Debtor's largest creditor, and in Rule 2004 examinations of Debtor LBHI uncovered the facts that led to the adversary complaint filed by the Trustee. LBHI concurs with the Trustee's observation that Debtor is not filing its motion to convert this case in good faith, but rather in furtherance of the Debtor's

REQUEST FOR HEARING ON DEBTOR'S EX PARTE MOTION FOR ORDER CONVERTING CASE

**FAXED**

principal's attempt to avoid liability for receipt of a fraudulent transfer. Accordingly, at the least, a hearing is necessary on Debtor's motion.

DATED: June 8, 2011

REILLY POZNER LLP

By: _____
Michael A. Rollin
Matthew D. Spohn
Attorneys for Creditor Lehman Brothers Holdings, Inc

## PROOF OF SERVICE

**STATE OF COLORADO,**

**COUNTY OF DENVER**

I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years and not a party to the within action; my business address is 511 Sixteenth Street, Suite 700, Denver, Colorado 80202.

On June 8, 2011, I served the **CREDITOR LEHMAN BROTHERS HOLDINGS, INC.'S REQUEST FOR HEARING ON DEBTOR'S EX PARTE MOTION FOR ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 11** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, addressed to the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

| | |
|---|---|
| Jenny Do, Esq.<br>111 West Saint John St., Ste. 888<br>San Jose, CA 95113<br>Telephone No.: 408-292-5505<br>Attorney for First Financial Lender | Mohamed Poonja<br>Bankruptcy Trustee<br>P.O. Box 1510<br>Los Altos, CA 94023-1510 |

☒ **(BY FIRST CLASS MAIL)**

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(BY FACSIMILE)**

On June 8, 2011, I transmitted the foregoing document(s) by facsimile sending number.

☐ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2011, at Denver, Colorado.

*/s/ Ann Romanelli*

547752